# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

152717(86)(87)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

JOHNSON CONTROLS, INC., and JCIM, LLC,
      Plaintiffs-Appellees,

v

ATLANTIC AUTOMOTIVE COMPONENTS, LLC,
      Defendant-Appellant.

SC: 152717
COA: 321172
Wayne CC: 09-014595-CZ

_____/

On order of the Chief Justice, the motions of defendant-appellant for immediate consideration and to extend the time for filing its reply are GRANTED. The reply will be accepted as timely filed if submitted on or before January 25, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016

